IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| LIATAVIOUS COBB, | * |
| Plaintiff, | * |
| v. | Case No. 1:22-cv-00088-LAG-ALS |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

### **J U D G M E N T**

Pursuant to the Order of this Court filed August 6, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $18,000.00.

This 6th day of August, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk